STATE OF NEW JERSEY v. EDWARD M. THERRIAN.

May 17, 1977. Petition for certification denied.

FRED J. KROPKE v. HUDSON COUNTY PENSION FUND.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE MOSES.

May 17, 1977. Petition for certification denied.

ROSE S. DETORRES v. TRAP ROCK HAULING, INC.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MONHEIT.

May 17, 1977. Petition for certification denied.

HERBERT P. ANASTOR, M.D. v.
NEW JERSEY MEMORIAL HOME.

May 17, 1977. Petition for certification denied.